171 A.3d 615

**JONES, Letory**

v.

**STATE of Maryland**

**Pet. Docket No. 207, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Application for leave to appeal dismissed by the Court of Special Appeals (No. 541, Sept. Term, 2017).

Petition for writ of certiorari denied.

171 A.3d 615

**MAIETTA, Patrick Allen**

v.

**STATE of Maryland**

**Pet. Docket No. 281, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Dismissed by the Court of Special Appeals (No. 93, Sept. Term, 2017).

Petition for writ of certiorari dismissed.